NOT FOR PUBLICATION WITHOUT THE
 APPROVAL OF THE APPELLATE DIVISION
 This opinion shall not "constitute precedent or be binding upon any court."
 Although it is posted on the internet, this opinion is binding only on the
 parties in the case and its use in other cases is limited. R.1:36-3.

 SUPERIOR COURT OF NEW JERSEY
 APPELLATE DIVISION
 DOCKET NO. A-2303-15T4
CITIZENS UNITED
RECIPROCAL EXCHANGE,

 Plaintiff-Appellant,

v.

NEUROLOGICAL SURGERY
SPINE SPECIALISTS

 Defendant-Respondent.
_______________________________

 Submitted June 1, 2017 - Decided June 23, 2017

 Before Judges Lihotz, Whipple and Mawla.

 On appeal from Superior Court of New Jersey,
 Law Division, Passaic County, Docket No. L-
 1917-15.

 Eric S. Poe, attorney for appellant (Mr. Poe,
 of counsel and on the brief; Abbey True
 Harris, on the brief).

 The Fano Firm, attorneys for respondent
 (Charles H. Lynch, on the brief).

PER CURIAM

 This matter having been amicably adjusted and the parties

having stipulated to the dismissal of this appeal, it is hereby

ordered that the appeal is dismissed with prejudice and without

costs.